UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROSALBA CISNEROS, On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETLAND, INC., BKG PETS, INC., PETS BKG LLC, PAWSITIVE SOLUTIONS INC.,<br><br>Defendants. | Case No.:<br><br>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT |

Pursuant to L.R. 3.3 and Fed. R. Civ. P. 7.1, plaintiff respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for the plaintiff to this action certifies that the following is a full and complete list of all parties in this action:

Plaintiff:

Rosalba Cisneros

Defendants:

Petland, Inc.

BKG Pets, Inc.

Pets BKG LLC

Pawsitive Solutions Inc.

1

2. The undersigned counsel of record for the plaintiff to this action certifies that the following is a full and complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

None.

3. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Petland Kennesaw

Lamar Parker

Debra Parker

Brad Parker

Kristen Parker

Dr. Walton Waller

My Pets Vet Animal Clinic, LLC

Solutions.pet

4. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Plaintiff's Counsel:</u>

Johnson & Weaver, LLP
Michael I. Fistel, Jr.
William W. Stone
David A. Weisz
40 Powder Springs Street
Marietta, GA 30064

Tamara Feliciano and Associates
Tamara Y. Feliciano
5755 North Point Parkway, Suite 52
Alpharetta, Georgia 30022

Andersen Sleater Sianni LLC
Jessica J. Sleater
1250 Broadway
27th Floor
New York, NY 10001

Animal Legal Defense Fund
Kelsey Rinehart Eberly
525 E. Cotati Avenue
Cotati, California 94931

Animal Legal Defense Fund
Anthony T. Eliseuson
1755 W. Roscoe St., Unit 3
Chicago, Illinois 60657

Respectfully submitted, this 26th day of July, 2017.

Dated: July 26, 2017

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
Georgia Bar Number: 262062
William W. Stone
Georgia Bar Number: 273907
David Weisz
Georgia Bar Number: 134527
**JOHNSON & WEAVER, LLP**
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101
Email:  michaelf@johnsonandweaver.com
williams@johnsonandweaver.com
davidw@johnsonandweaver.com

Tamara Y. Feliciano
Bar Number: 132079
**TAMARA FELICIANO AND ASSOCIATES**
5755 North Point Parkway, Suite 52
Alpharetta, Georgia 30022
Telephone: 770-609-1247
Email: tamarafelicianoesq@gmail.com

Jessica J. Sleater
**ANDERSEN SLEATER SIANNI LLC**
1250 Broadway
27th Floor
New York, NY  10001
Tel: 646-599-9848

Kelsey Rinehart Eberly
(Application for *Pro Hac Vice* to be Filed)
**ANIMAL LEGAL DEFENSE FUND**
525 E. Cotati Avenue
Cotati, California 94931
Telephone:   (707) 795-2533
Facsimile:    (707) 795-7280

Anthony T. Eliseuson
(Application for *Pro Hac Vice* to be Filed)
**ANIMAL LEGAL DEFENSE FUND**
1755 W. Roscoe St., Unit 3
Chicago, Illinois 60657
Telephone:   (707) 795-2533
Facsimile:    (707) 795-7280

*Attorneys for Plaintiff*