## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ROSALBA CISNEROS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) ) | |
| | ) | 1:17-cv-02828-MHC |
| PETLAND, INC.; BKG PETS, INC.; PETS BKG LLC; and PAWSITIVE SOLUTIONS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PETLAND, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Petland, Inc., hereby files its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3, Federal Rule of Civil Procedure 7.1, and states as follows:

(1)    The undersigned Counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:** Rosalba Cisneros, on behalf of herself and all others similarly situated.

**Defendant:** Petland, Inc. is an Ohio corporation, which has no parent corporation or publicly held corporation owning 10 percent of more of its stock.

**Defendant:** BKG Pets, Inc. is a Georgia corporation.

**Defendant:** Pets BKG LLC is a Georgia limited liability company.

**Defendant:** PAWSitive Solutions, Inc. is an Illinois Corporation.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> **Plaintiffs:**
>
> Michael I. Fistel, Jr.
> William W. Stone
> Davis Weisz
> JOHNSON & WEAVER, LLC
> 40 Powder Springs Street
> Marietta, Georgia 30064

2

Jessica J. Sleater
ANDERSEN SLEATER SIANNI LLC
1250 Broadway
27th Floor
New York, NY 100001

Tamara Y. Feliciano
TAMARA FELICIANO AND ASSOCIATES
5755 North Point Parkway
Suite 52
Alpharetta, Georgia 30022

Kelsey Rinehart Eberly
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Avenue
Catati, California 94931

Anthony T. Eliseuson
ANIMAL LEGAL DEFENSE FUND
1755 W. Roscoe St., Unit 3
Chicago, Illinois 60657

**Defendant Petland, Inc.:**

Henry D. Fellows, Jr.
Michael C. Gretchen
FELLOWS LABRIOLA, LLP
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, GA 30303

Robert G. Cohen
KEGLER, BROWN, HILL & RITTER CO., L.P.A.
65 East State Street
Suite 1800
Columbus, Ohio 43215

**Defendants BKG Pets, Inc. and Pets BKG LLC:**

Steven J. Rosenwasser
John E. Floyd
Fredric J. Bold, Jr.
BONDURANT MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, Georgia 30309

**Defendant Pawsitive Solutions, Inc.:**

Humberto (Bert) Ocariz
Michael A. Holt
SHOOK HARDY & BACON
201 S. Biscayne Boulevard, Suite 3200
Miami, Florida 33131

Robert A. Luskin
GOODMAN MCGUFFEY LLP
3340 Peachtree Road NE
Suite 2100
Atlanta, GA 330326-1084

Respectfully submitted, this 3rd day of October, 2017.

FELLOWS LABRIOLA LLP

s/Michael C. Gretchen
Henry D. Fellows, Jr.
Georgia Bar No. 257825
Michael C. Gretchen
Georgia Bar No. 522171

4

Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200 (phone)
(404) 586-9201 (fax)
hfellows@fellab.com
mgretchen@fellab.com

Robert G. Cohen
(application for *pro hac vice* to be filed)
KEGLER, BROWN, HILL & RITTER CO., L.P.A.
65 East State Street, Suite 1800
Columbus, OH 43215
(614) 462-5492 (phone)
(614) 462-5492 (fax)
rcohen@keglerbrown.com

*Attorneys for Petland, Inc.*

5

# CERTIFICATE OF SERVICE

This is to certify that on this day I served the foregoing Consent Motion upon

the following attorneys by using the Court's CM/ECF system, which will send notice

of the filing to all counsel authorized to receive it, and by email:

Michael I. Fistel, Jr.
William W. Stone
David Weisz
JOHNSON & WEAVER, LLC
40 Powder Springs Street
Marietta, Georgia 30064
michaelf@johnsonandweaver.com
williams@johnsonandweaver.com
davidw@johnsonandweaver.com
*Attorneys for Plaintiff*

Steven J. Rosenwasser
John E. Floyd
Fredric J. Bold, Jr.
BONDURANT MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street NW
rosenwasser@bmelaw.com
floyd@bmelaw.com
bold@bmelaw.com
*Attorneys for Defendants BKG Pets, Inc. and Pets BKG LLC*

Tamara Y. Feliciano
TAMARA FELICIANO AND ASSOCIATES
5755 North Point Parkway
Suite 52
Alpharetta, Georgia 30022
tamarafelicianoesq@gmail.com
*Attorneys for Plaintiff*

Robert A. Luskin
GOODMAN MCGUFFEY LLP
3340 Peachtree Road NE
Suite 2100
Atlanta, GA 330326-1084
(404)-264-1500
rluskin@GMLJ.com
*Attorneys for Defendant Pawsitive Solutions, Inc.*

Kelsey Rinehart Eberly
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Avenue
Catati, California 94931
(707) 795-2533 (phone)
(707) 795-7280 (fax)
*Attorneys for Plaintiff*

Humberto (Bert) Ocariz
SHOOK HARDY & BACON
201 S. Biscayne Blvd., Suite 3200
Miami, FL 33131
hocariz@shb.com
*Attorneys for Defendant Pawsitive Solutions, Inc.*

6

Anthony T. Eliseuson                              Jessica J. Sleater
ANIMAL LEGAL DEFENSE FUND                         ANDERSEN SLEATER SIANNI LLC
1755 W. Roscoe St., Unit 3                        1250 Broadway
Chicago, Illinois 60657                           27th Floor
(707) 795-2533 (phone)                            New York, NY 10001
(707) 795-7280 (fax)                              (646) 599-9848
*Attorneys for Plaintiff*                         (314) 775-4414
                                                  jessica@andersensleater.com
                                                  *Attorneys for Plaintiff*

     This 3rd day of October, 2017.


                s/Michael C. Gretchen
                Michael C. Gretchen