# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROSALBA CISNEROS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETLAND, INC., BKG PETS, INC., PETS BKG LLC, PAWSITIVE SOLUTIONS, INC.,<br><br>Defendants | CIVIL ACTION FILE<br><br>NO. 1:17-cv-02828-MHC |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants BKG Pets, Inc. and Pets BKG LLC file this Certificate of Interested Persons and Corporate Disclosure Statement under Fed. R. Civ. P. 7.1 and L.R. 3.3 and state as follows:

(1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**

Rosalba Cisneros

**Defendants:**

Petland, Inc.; BKG Pets, Inc.; Pets BKG LLC; PAWSitive Solutions, Inc.

1614968.1

**(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

    Lamar Parker
    Adam Stachowiak
    Mike Isaac

**(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

| For Plaintiff: | For Defendants: |
|---|---|
| Michael I. Fistel, Jr.<br>William W. Stone<br>David Weisz<br>JOHNSON & WEAVER, LLC<br>40 Powder Springs Street<br>Marietta, Georgia 30064<br>michaelf@johnsonandweaver.com<br>williams@johnsonandweaver.com<br>davidw@johnsonandweaver.com | <u>BKG Pets, Inc. and Pets BKG LLC</u><br>John E. Floyd<br>Steven J. Rosenwasser<br>Fredric J. Bold, Jr.<br>BONDURANT, MIXSON & ELMORE, LLP<br>3900 One Atlantic Center<br>1201 West Peachtree Street, N.W.<br>Atlanta, Georgia 30309<br>floyd@bmelaw.com<br>rosenwasser@bmelaw.com<br>bold@bmelaw.com |
| Tamara Y. Feliciano<br>TAMARA FELICIANO AND ASSOCIATES<br>5755 North Point Parkway, Suite 52<br>Alpharetta, Georgia 30022<br>tamarafelicianoesq@gmail.com | <u>Petland, Inc.</u><br>Henry D. Fellows, Jr.<br>Michael C. Gretchen<br>FELLOWS LABRIOLA LLP<br>Suite 2300 South Tower<br>225 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hfellows@fellab.com<br>mgretchen@fellab.com |
| Kelsey Rinehart Eberly<br>ANIMAL LEGAL DEFENSE FUND<br>525 E. Cotati Avenue<br>Catati, California 94931 | |

1614968.1

Anthony T. Eliseuson
ANIMAL LEGAL DEFENSE FUND
1755 W. Roscoe St., Unit 3
Chicago, Illinois 60657
anthony.eliseuson@dentons.com

Jessica J. Sleater
ANDERSEN SLEATER SIANNI LLC
1250 Broadway, 27th Floor
New York, New York 10001
jessica@andersensleater.com

Robert G. Cohen
KEGLER, BROWN, HILL, & RITTER CO., L.P.A.
65 East State Street, Suite 1800
Columbus, Ohio 43215
rcohen@keglerbrown.com

PAWSitive Solutions, Inc.
Robert A. Luskin
GOODMAN MCGUFFEY LLP
3340 Peachtree Road N.E., Suite 2100
Atlanta, Georgia 30326-1084
rluskin@GMLJ.com

Humberto (Bert) Ocariz
SHOOK HARDY & BACON
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
hocariz@shb.com

1614968.1

3

Respectfully submitted this 3rd day of October, 2017.

*/s/ Fredric J. Bold, Jr.*
John E. Floyd
Georgia Bar No. 266413
Steven J. Rosenwasser
Georgia Bar No. 614908
Fredric J. Bold, Jr.
Georgia Bar No. 544604
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
Email:   floyd@bmelaw.com
             rosenwasser@bmelaw.com
             bold@bmelaw.com

*Counsel for Defendants BKG Pets, Inc. and Pets BKG LLC*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** has been prepared using Times New Roman 14 point font, which is one of the font and point selections approved by the Court in Local Rule 5.1B.

*/s/ Fredric J. Bold, Jr.*
Fredric J. Bold, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2017, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the United States District Court, Northern District of Georgia, using the CM/ECF system, which will send notification of such filing to counsel of record as follows:

| | |
|---|---|
| Michael I. Fistel, Jr. <br> William W. Stone <br> David Weisz <br> JOHNSON & WEAVER, LLC <br> 40 Powder Springs Street <br> Marietta, Georgia 30064 <br> michaelf@johnsonandweaver.com <br> williams@johnsonandweaver.com <br> davidw@johnsonandweaver.com <br> *Attorneys for Plaintiff* | Henry D. Fellows, Jr. <br> Michael C. Gretchen <br> FELLOWS LABRIOLA LLP <br> Suite 2300 South Tower <br> 225 Peachtree Street, N.E. <br> Atlanta, Georgia 30303 <br> hfellows@fellab.com <br> mgretchen@fellab.com <br> *Attorneys for Defendant Petland, Inc.* |
| Tamara Y. Feliciano <br> TAMARA FELICIANO AND ASSOCIATES <br> 5755 North Point Parkway, Suite 52 <br> Alpharetta, Georgia 30022 <br> tamarafelicianoesq@gmail.com <br> *Attorneys for Plaintiff* | Robert G. Cohen <br> *(application for pro hac vice to be filed)* <br> KEGLER, BROWN, HILL, & RITTER CO., L.P.A. <br> 65 East State Street, Suite 1800 <br> Columbus, Ohio 43215 <br> rcohen@keglerbrown.com <br> *Attorneys for Defendant Petland, Inc.* |
| Kelsey Rinehart Eberly <br> ANIMAL LEGAL DEFENSE FUND <br> 525 E. Cotati Avenue <br> Catati, California 94931 <br> *Attorneys for Plaintiff* | Robert A. Luskin <br> GOODMAN MCGUFFEY LLP <br> 3340 Peachtree Road N.E., Suite 2100 <br> Atlanta, Georgia 30326-1084 <br> rluskin@GMLJ.com <br> *Attorneys for Defendant Pawsitive Solutions, Inc.* |

1614968.1

| | |
|---|---|
| Anthony T. Eliseuson<br>ANIMAL LEGAL DEFENSE FUND<br>1755 W. Roscoe St., Unit 3<br>Chicago, Illinois 60657<br>anthony.eliseuson@dentons.com<br>*Attorneys for Plaintiff* | Humberto (Bert) Ocariz<br>SHOOK HARDY & BACON<br>201 S. Biscayne Blvd., Suite 3200<br>Miami, Florida 33131<br>hocariz@shb.com<br>*Attorneys for Defendant Pawsitive Solutions, Inc.* |

Jessica J. Sleater
ANDERSEN SLEATER SIANNI LLC
1250 Broadway, 27th Floor
New York, New York 10001
jessica@andersensleater.com
*Attorneys for Plaintiff*

                                                */s/ Fredric J. Bold, Jr.*
                                                Fredric J. Bold, Jr.