**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ROSALBA CISNEROS, on behalf of herself and all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:17-cv-02828-MHC |
| PETLAND, INC.; BKG PETS, INC.; PETS BKG LLC; and PAWSITIVE SOLUTIONS, INC., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS, FOR
DEFENDANTS TO FILE REPLY BRIEFS, AND FOR ENLARGEMENT
OF PAGE LIMITS FOR BRIEFS**

This matter is before the Court on the parties' Joint Motion for Extension of

Time for Plaintiff to oppose Defendants' Motions to Dismiss, for Defendants to

File Reply Briefs, and for Enlargement of Page Limits for Briefs ("Joint Motion").

Considering the agreement of the parties, and for good cause shown, the Joint

Motion is GRANTED. It is ORDERED that the time within which Plaintiff shall

oppose Defendants' motions to dismiss shall be extended through and including

November 15, 2017, and Plaintiff's opposition brief shall be set forth in one

response and shall not exceed 40 pages. It is further ORDERED that Defendants'

replies in further support of the motions to dismiss shall be filed on or before December 15, 2017, and that Defendants are entitled to an eight page extension per reply, respectively.

SO ORDERED, this 6th day of October, 2017.

_____
HON. MARK COHEN
UNITED STATES DISTRICT COURT