IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSALBA CISNEROS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETLAND, INC.; BKG PETS, INC.; PETS BKG LLC; and PAWSITIVE SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:17-cv-02828-MHC |

**ORDER EXTENDING TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS TO REPLY**

This matter is before the Court on a Consent Motion to Extend Time for Plaintiff to oppose Defendants' motions to dismiss Plaintiff's Class Action Complaint and Defendants' replies to the motions to dismiss. Plaintiff and Defendants having consented thereto, and for good cause shown, the Consent Motion is GRANTED. It is ORDERED that the time within which Plaintiff shall oppose Defendants' motions to dismiss shall be extended through and including November 29, 2017; and Defendants' replies to the motions to dismiss shall be extended through and including December 22, 2017.

SO ORDERED, this 13th day of November, 2017.

_____
HON. MARK COHEN
UNITED STATES DISTRICT COURT