UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSALBA CISNEROS, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>PETLAND, INC., BKG PETS, INC., PETS BKG LLC and PAWSITIVE SOLUTIONS, INC.,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-2828-MHC |

## J U D G M E N T

This action having come before the Court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendants Pawsitive Solutions, Inc., Petland, Inc., BKG Pets, Inc. and Pets BKG LLC's Motions to Dismiss, and the Court having granted in part said Motions, it is

**Ordered and Adjudged** that this action is **dismissed** as to Plaintiff's federal claims and Plaintiff's state law claim is **dismissed without prejudice**.

Dated at Atlanta, Georgia, this 17th day of April, 2018.

                              JAMES N. HATTEN
                              CLERK OF COURT

                        By:  s/ Rebecca Spratt
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 17, 2018
James N. Hatten
Clerk of Court

By: s/ Rebecca Spratt

Deputy Clerk